# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN POULADIAN, AARON GOLDMAN, DAVID MEAD, DR. VIJAYKUMAR AGRAWAL, TIMOTHY MCKILLICAN, ZI XU, DANIEL POGREBINSKY, and KENT MAGUIRE,<br><br>Plaintiffs,<br><br>vs.<br><br>VICOR CORPORATION and PATRIZIO VINCIARELLI,<br><br>Defendants. | Case No. 3:24-cv-04196-RS<br><br>**ORDER GRANTING JOINT STIPULATION TO ADJOURN THE CASE MANAGEMENT CONFERENCE AND CASE DEADLINES** |

Pursuant to the Joint Stipulation to Adjourn the Case Management Conference and Case Deadlines filed on September 19, 2024, **IT IS HEREBY ORDERED**:

1. The October 10, 2024 case management conference is adjourned and will be reset by the Court for a date after the Court appoints lead plaintiff and lead counsel and after the Court's decision on a forthcoming motion to dismiss.

2. The deadlines in the Court's July 12, 2024 Order Setting Initial Case Management Conference and ADR Deadlines are hereby adjourned and will be reset by the Court after the Court appoints of lead plaintiff and lead counsel and after the Court's decision on a forthcoming motion to dismiss.

**IT IS SO ORDERED**.

Dated: 9/20/2024

Hon. Richard Seeborg
Chief District Judge of the District Court