1  MAZIN A. SBAITI, ESQ. (CA Bar No. 275089)
   mas@sbaitilaw.com
2  **SBAITI & COMPANY PLLC**
3  2200 Ross Avenue – Suite 4900W
   Dallas, Texas 75201
4  T: (214) 214-3400
   F: (214) 853-4367
5
6  *Counsel for Plaintiffs*

7

8                    **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN FRANCISCO DIVISION**

10  BENJAMIN POULADIAN, AARON          §   Case No. 3:24-cv-04196-RS
    GOLDMAN, DAVID MEAD, DR.           §
11  VIJAYKUMAR AGRAWAL, TIMOTHY        §
    MCKILLICAN, ZI XU, DANIEL          §
12  POGREBINSKY, and KENT MAGUIRE,     §
                                       §   **JOINT STIPULATION EXTENDING**
13                                     §   **BRIEFING DEADLINES FOR**
         *Plaintiffs,*                 §   **DEFENDANTS' MOTION TO DISMISS**
14                                     §   **PLAINTIFFS' FIRST AMENDED**
    v.                                 §   **CONSOLIDATED CLASS ACTION**
15                                     §   **COMPLAINT**
    VICOR CORPORATION and PATRIZIO     §
16  VINCIARELLI,                       §   <u>CLASS ACTION</u>
                                       §
17                                     §
         *Defendants.*                 §
18                                     §
                                       §
19

20        Under Civil Local Rules 6-2 and 7-12, Plaintiffs Benjamin Pouladian, Aaron Goldman, David

21  Mead, Dr. Vijaykumar Agrawal, Timothy McKillican, Zi Xu, Daniel Pogrebinsky, and Kent Maguire

22  ("<u>Plaintiffs</u>") and Defendants Vicor Corporation and Patrizio Vinciarelli ("<u>Defendants</u>"), by and

23  through their respective counsel, stipulate and agree as follows:

24        1.      Defendants filed their Motion to Dismiss Plaintiffs' First Amended Consolidated

25  Class Complaint on January 20, 2025 (the "<u>Motion</u>") (ECF No. 32).

26

27

28

1    2.    Under Civil Local Rule 7-3(a), Plaintiffs' current deadline to respond to the Motion is
2    February 3, 2025, and under Civil Local Rule 7-3(c), Defendants' corresponding deadline to reply to
3    the Motion is February 10, 2025.

4    3.    In light of existing litigation and other professional obligations, counsel for Plaintiffs,
5    Mazin A. Sbaiti, requires additional time to investigate the issues raised in the Motion and respond to
6    the Motion accordingly.

7    4.    The parties have met and conferred and agree that Plaintiffs may have until and
8    including March 5, 2025, to file their response, and that Defendants may have until and including
9    March 21, 2025, to file their reply.

10    5.    One time modification has been requested in this case via joint stipulation, *See* ECF
11    No. 18, which the Court granted, *see* ECF No. 19.

12    6.    The requested extension would not affect the May 22, 2025 hearing date.

13    THE PARTIES STIPULATE AND AGREE under Civil Local Rule 6-2 that the Court enters
14    the following stipulation: (1) Plaintiffs shall have until and including March 5, 2025, to file a response
15    to the Motion, if any; and (2) Defendants shall have until and including March 21, 2025, to file a reply
16    to Plaintiffs' response to the Motion.

17    THE PARTIES FURTHER STIPULATE AND AGREE that Defendants do not waive any
18    defenses that they may have or as may be revealed by discovery or investigation in this matter,
19    including, but not limited to, lack of personal jurisdiction, improper venue, or insufficiency of any
20    other filings by Plaintiffs in this matter, and Defendants expressly reserve the right to raise any
21    defenses in their answers, by motion, or in other responsive pleadings.

22    **IT IS SO STIPULATED AND AGREED.**

23

24    Dated: January 24, 2025                    SBAITI & COMPANY PLLC

25                                        By: */s/ Mazin A. Sbaiti*
                                            Mazin A. Sbaiti
26                                            Attorney for Plaintiffs

27

28

1   Dated: January 24, 2025                    FOLEY & LARDNER LLP

2                                              By: */s/Todd A. Murray*
                                                   Todd A. Murray
3                                                  Attorney for Defendants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **<u>ATTESTATION</u>**

2          Pursuant to Civil Local Rule 5-1(i)(3), I, Mazin A. Sbaiti, attest that the other signatory

3   listed, and on whose behalf the filing is submitted, concurs in the filing content and has authorized

4   the filing.

5

6   Dated:  January 24, 2025                                    */s/ Mazin A. Sbaiti*

7                                                                                   Mazin A. Sbaiti

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28